UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY DRUMMER, an individual,<br><br>Plaintiff, individually and on behalf of all other persons similarly situated,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO: 21-cv-2668<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

Plaintiff notifies the Court that this matter has been settled pursuant to a written settlement agreement, each side to bear its own costs and fees. Plaintiff moves for a voluntary dismissal of the action pursuant to F. Civ. Pro. 41(a)(2).

        Respectfully submitted,

        *Howard B. Prossnitz /s/*
        Law Offices of Howard Prossnitz PLLC
        1014 Ontario Street
        Oak Park, IL 60302
        Phone: 708 203-5747
        prossnitzlaw@gmail.com

        Young Kim, Esq.
        Consumer Law Attorneys
        2727 Ulmerton Rd., Ste. 270
        Clearwater, FL 33762
        Phone: (877) 241-2200
        litigation@consumerlawattorneys.com
        ykim@consumerlawattorneys.com
        (*Pro hac vice*.)
        *Counsel for Plaintiff*

Dated: August 27, 2021

<u>Certificate of Service</u>

I, Howard Prossnitz, an attorney, certify that I served a copy of the foregoing on all counsel of record through the Court's CM/ECF filing system on this 27th day of August 2021.

*<u>Howard B. Prossnitz /s/</u>*