UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ashley Drummer
                                    Plaintiff,

v.                                                        Case No.: 1:21−cv−02668
                                                          Honorable Steven C. Seeger

US Bank National Association
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 30, 2021:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of settlement (Dckt. No. [12]). The parties have settled, and plaintiff moves to dismiss. The motion is granted. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.